**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number (*if known*) _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FPMI Solutions, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0752268** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **66 Canal Center Plaza, Suite 305**<br>**Alexandria, VA 22314**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Alexandria City**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **FPMI Solutions, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **FPMI Solutions, Inc.**
_____    Case number (_if known_) _____
Name

---

**11. Why is the case filed in _this district?_**    _Check all that apply:_

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    _Check one:_

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
■ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **FPMI Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2016**
MM / DD / YYYY

**X /s/ R. Mark McLindon**                          **R. Mark McLindon**
Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ Paul Sweeney**                          Date   **June 20, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Paul Sweeney**
Printed name

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
Firm name

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
Number, Street, City, State & ZIP Code

Contact phone   **(443) 569-5972**          Email address   **psweeney@yvslaw.com**

**429738**
Bar number and State

## WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS
## OF FPMI SOLUTIONS, INC.

The undersigned, constituting the entire Board of Directors (the "Board") of FPMI SOLUTIONS, INC., a Delaware corporation (the "Company"), in accordance with Delaware Law, without the formality of convening a meeting, do hereby consent to and adopt the following resolutions. It is the intent of the undersigned that this consent be executed in lieu of a special meeting of the Board of Directors, which consent shall be filed by the Secretary of the Company with the minutes of the meetings of the Board of Directors:

RESOLVED, that the Board is authorized and empowered in the name and on behalf of the Company, with the assistance of the Company's officers, counsel, accountants and advisers, to (i) prepare, execute and file with the appropriate court a petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended (the "**Bankruptcy Code**"), and (ii) take such other and further steps as may be necessary, appropriate or advisable to obtain for the Company any and all relief to which it may be entitled under the Bankruptcy Code;

RESOLVED, that Yumkas Vidmar Sweeney & Mulrenin, LLC is hereby retained as bankruptcy counsel to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company by the Board; and

RESOLVED, that the Board may retain a financial advisor or accountant, to the extent necessary or appropriate, on such terms and conditions as may be agreed to in the name and on behalf of the Company by the Board; and

RESOLVED, that the Board and the officers of the Company are authorized and empowered in the name and on behalf of the Company or otherwise, to do all such acts and to execute, deliver and file all such agreements, certificates, instruments and documents, and to pay all such expenses and taxes as they shall deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions, such acts, executions, deliveries, or filings to be conclusive evidence that they deemed the same to be necessary, appropriate or advisable; and all acts of the Board and the officers having occurred prior to the date hereof in order to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects.

This consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

Dated:  June 20, 2016

_____

Mark Maloney

_____

Lee Buchanan

**Fill in this information to identify the case:**

Debtor name   **FPMI Solutions, Inc.**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF VIRGINIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aronson LLC 805 King Farm Boulevard Rockville, MD 20850** | | **trade debt** | | | | **$19,210.00** |
| **Blue Cross Blue Shield 450 Riverchase Parkway East Birmingham, AL 35298** | | **health insurance** | | | | **$56,947.60** |
| **Bosserman Ctr Conflict Resolut 1100 Camden Avenue Salisbury, MD 21801** | | **trade debt** | | | | **$17,000.00** |
| **Canal Center TT LLC P. O. Box 785801 Philadelphia, PA 19178** | | **unpaid rent** | | | | **$69,577.56** |
| **CIGNA Life Insurance Company P. O. Box 8500 K 110 Philadelphia, PA 19178-0110** | | **insurance** | | | | **$21,497.81** |
| **Deltek Systems, Inc. P. O. Box 79581 Baltimore, MD 21279-0581** | | **trade debt** | | | | **$37,610.71** |
| **Dentons US LLP 233 S. Wacker Drive, Ste 5900 Chicago, IL 60606-6361** | | **trade debt** | | | | **$18,347.62** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **FPMI Solutions, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Department of Justice Exec. Office for US Trustees 441 G Street NW, Suite 6150 Washington, DC 20548 | | | | | | $13,666.40 |
| Federal Hill Renewal LLC P. O. Box 23 New Market, MD 21774 | | trade debt | | | | $8,787.50 |
| GSA Modifications LLC 4646 Roundhill Road Ellicott City, MD 21043 | | trade debt | | | | $9,250.00 |
| ITC-DELTACOM/Delt acom 1058 P. O. Box 2252 Birmingham, AL 35246-1058 | | trade debt | | | | $36,731.40 |
| Kelly, Anderson & Associates 424 North Washington Street Alexandria, VA 22314 | | trade debt | | | | $15,194.00 |
| Mass Mutual Attn: N 405 DCS David Kern 1295 State Street Springfield, MA 01111-0001 | | insurance | | | | $24,483.44 |
| McLindon, Robert M. 11222 Beach Mill Road Great Falls, VA 22066 | | wages | | | | $7,032.87 |
| MCS Partnership c/o Samples Properties P. O. Box 264 Huntsville, AL 35801 | | unpaid rent | | | | $34,803.30 |
| NEC Financial Services 24189 Network Place Chicago, IL 60673-1241 | | trade debt | | | | $20,721.52 |

Official form 204                     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                     page 2

| Debtor | **FPMI Solutions, Inc.** | | Case number *(if known)* | |
|--------|-----------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pittmon, Jimmi L. 11804 Rodeo Drive Frisco, TX 75035-2275** | | **consulting** | | | | **$16,315.00** |
| **Smith, Monique E. 6056 Chicory Place, Suite 100 Alexandria, VA 22310** | | **consulting** | | | | **$13,995.00** |
| **Vinci, Cheryl 26187 Tuscany Drive Millsboro, DE 19966** | | **consulting** | | | | **$12,887.38** |
| **West, Syrena J. 176 Bluegreen Way Rockwood, TN 37584** | | **consulting** | | | | **$7,334.63** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Virginia

In re    **FPMI Solutions, Inc.**                Case No. _____

                                       Debtor(s)         Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FPMI Solutions Group, Inc.**<br>**689 Discovery Dr NW, Suite 300**<br>**Huntsville, AL 35806** | | | **100% ownership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 20, 2016** _____      Signature   **/s/ R. Mark McLindon**

                                                   **R. Mark McLindon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A-Z Office Resource, Inc.
P. O. Box 1317
Columbia, TN 38402


Adams, Kimberly M.
565 Pennsylvania Ave, #912
Washington, DC 20001


Ahawo, Dede A.
6317 Harris Heights Avenue
Glen Burnie, MD 21061


Alexander, Christine E.
8105 Oat Farm Court
Bowie, MD 20715


Allen, David A.
935 Forest Bay Court
Gambrills, MD 21054


Almond, Jean A.
3695 Short Hill Avenue
West Harrison, IN 47060


Ameritek
6205 Alabama Highway 69
Guntersville, AL 35976


Antonishek, Sangeeta V.
2 Hoskinson Court
Poolesville, MD 20837


Aramark
P. O. Box 415758
Boston, MA 02241-5758


Arnett, Nancy J.
3203 E 450 South
Lafayette, IN 47909


Arnett, Nancy J.
3203 E 450 S
Lafayette, IN 47909

Aronson LLC
805 King Farm Boulevard
Rockville, MD 20850


Austin, June A.
17101 Sweetgum Court
Accokeek, MD 20607


Baez, Yanira
107 Vinewood Lane
Madison, AL 35758


Baker, Adam B.
5037 Call Place SE, #103
Washington, DC 20017


Balch, Marjorie W.
109 Patra Drive
Madison, AL 35758


Battle, Addrinne D.
1101 19th Street NE, #6
Washington, DC 20002


Blowe, Melvin T.
12613 Franklin Farm Road
Herndon, VA 20171


Blue Cross Blue Shield
450 Riverchase Parkway East
Birmingham, AL 35298


Bohuslav, Georgia A.
1304 FM 2571
Smithville, TX 78957


Bomhoff, John
2370 Pemberton Street
Oviedo, FL 32765


Bosch, Mark S.
901 New Jersey Ave NW, #310
Washington, DC 20001

Bosserman Ctr Conflict Resolut
1100 Camden Avenue
Salisbury, MD 21801


Boyd, Gloria P.
2705 Wood Hollow Place
Fort Washington, MD 20744


BPI Media Group
P. O. Box 600
Boaz, AL 35957


Brett Ingerman, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209-3600


Bridge Bank
55 Almaden Boulevard
San Jose, CA 95113


Brinkley, Albert L.
7530 Amesbury Court
Alexandria, VA 22315-3833


Brown, Jason S.
2610 Glenriver Way
Woodbridge, VA 22191


Bruton-Pollard, Elizabeth
P. O. Box 9771
Alexandria, VA 22304


Bullhorn, Inc.
P. O. Box 842935
Boston, MA 02284-2935


Burnley, LaTonya L.
140 Royal Drive, Apt C6
Madison, AL 35758


Burrell, Robinette
312 Fidgeway Lane
Upper Marlboro, MD 20774

Business Records Management
2102-B West Ferry Way
Huntsville, AL 35801


Butler, Johnathan F.
9941 Quiet Brook Lane
Clinton, MD 20735


Butler-Trewick, Rita L.
3232 Georgia Ave NW, #215
Washington, DC 20010


Canal Center TT LLC
P. O. Box 785801
Philadelphia, PA 19178


Carron, Mary R.
1014 Arnold Road
Madison, AL 35758


Carsley, Leonard H.
600 Wilmington Parkway
Cape Coral, FL 33993


CDW Direct, LLC
P. O. Box 75723
Chicago, IL 60675-5723


Chamber of Commerce Huntsville
Huntsville/Madison County
225 Church Street
Huntsville, AL 35801


Charles B. Wayne, Esquire
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004


CIGNA Life Insurance Company
P. O. Box 8500 K 110
Philadelphia, PA 19178-0110


CIT Bank
1 CIT Drive
Livingston, NJ 07039

CIT Finance, LLC
1 CIT Drive
Livingston, NJ 07039


CIT Technology Financial Serv
21146 Network Place
Chicago, IL 60673-1211


Clayton, Dorrie
4025 M L King Avenue
Washington, DC 20032-0032


Clipper, Kelly K.
210 R Street NW, #301
Washington, DC 20001


Coleman, William E.
4974 Scotia Avenue
Oakland, CA 94605-5648


Colonial Parking
1050 Thomas Jefferson St NW
Suite 100
Washington, DC 20007


Colvin, John A.
168 Blue Spruce Drive
Charles Town, WV 25414


Combs, Janet L.
225 Sergeant Avenue
Fort Thomas, KY 41075


Cook, Anne F.
195 South Road
Chilmark, MA 02535


Corporation Service Company
P. O. Box 13397
Philadelphia, PA 19101-3397


Cosey, Vicki L.
839 Alabaster Court
Capitol Heights, MD 20743

Crawford, Tywanda A.
5601 Cypress Creek Dr, #102
Hyattsville, MD 20782


Currie Systems, Inc.
P. O. Box 12757
Huntsville, AL 35815


D. Casillas and Associates
278 W Geeseman Springs Drive
Oro Valley, AZ 85755


Davis, Helen C.
1722 Blount Drive
Fort Washington, MD 20744


Davis, Samuel
2325 Kirby Drive
Temple Hills, MD 20748


Decision Sciences Company
1206 Kingsway Road SE
Huntsville, AL 35802


Deltek Systems, Inc.
P. O. Box 79581
Baltimore, MD 21279-0581


Dentons US LLP
233 S. Wacker Drive, Ste 5900
Chicago, IL 60606-6361


Department of Justice
Exec. Office for US Trustees
441 G Street NW, Suite 6150
Washington, DC 20548


DeWitt, Olivia V.
1723 Cinnamon Teal Way
Upper Marlboro, MD 20774


Dick, Caroline E.
380 Crows Nest Drive
Stokesdale, NC 27357

Dickstein Shapiro LLP
P. O. Box 759110
Baltimore, MD 21275-9110


Discovery Benefits, Inc.
P. O. Box 9528
Fargo, ND 58106


Document Destruction Services
P. O. Box 4221
Huntsville, AL 35815


Dowtin, Tyra N.
4511 Rena Road, Apt 103
Suitland, MD 20746


Dozier, Wilbert J.
12326 La Barca
San Antonio, TX 78233


Edwards, Consuelo M.
6028 Westchester Park Dr, #301
College Park, MD 20740


eFax Corporate
c/o J12 Global Communications
P. O. Box 51873
Los Angeles, CA 90051-6173


Evans, Patty L.
2704 Hollywell Court
Bowie, MD 20721


Extra Space Management Inc.
906 Slaughter Road
Madison, AL 35758


Fallis, Kimberly L.
14139 Lotus Lane, Apt 1412
Centreville, VA 20120


Federal Express
P. O. Box 660481
Dallas, TX 75266-0481

Federal Hill Renewal LLC
P. O. Box 23
New Market, MD 21774


Ferebee, Karmel H.
15220 Warbler Court
Woodbridge, VA 22193


Fidelity Security Life Ins.
FSL/EyeMed Premiums
P. O. Box 632530
Cincinnati, OH 45263-2530


Fields, Owilda D.
3716 Midlothian Place
Waldorf, MD 20602


Force Security Solutions
P. O. Box 1253
Haymarket, VA 20168


Foxworth, Sheila E.
2612 Oswego Avenue
Baltimore, MD 21215


FPMI Solutions Group, Inc.
689 Discovery Dr NW, Suite 300
Huntsville, AL 35806


Freeman, Annie B.
412 Kearsarge Street
DeSoto, TX 75115


Garth, Kenya M.
16607 Woodhaven Drive
Athens, AL 35613


GE Capital
P. O. Box 105710
Atlanta, GA 30348-5710


GE Capital
P. O. Box 642555
Pittsburgh, PA 15264-2555

Gibson, Lisa
16 Arbor Circle, #1634
Cincinnati, OH 45255


Gray, Lisa A.
3330 Banneker Drive NE
Washington, DC 20018


Greer, Carol
1712 Winding Brook Way
Windsor Mill, MD 21244


GSA Modifications LLC
4646 Roundhill Road
Ellicott City, MD 21043


Guernsey Office Products
45070 Old Ox Road
Dulles, VA 20166


Guernsey Office Products
P. O. Box 10846
Chantilly, VA 20153-0846


Hagans, Sandy C.
12274 Creekview Circle, #301
Woodbridge, VA 22192


Hall, Betsy M.
2921 Honors Row
Owens Cross Roads, AL 35763


Hansberry, Chakia M.
1322 Gabes Place
Hyattsville, MD 20785


Hardaway Jr., Jimmie
13106 Dorado Court
Brandywine, MD 20613


Harris, Patricia M.
101 Park Road
Stafford, VA 22556

Hart, Victoria
3149 La Mancha Way
Henderson, NV 89014


Haynes, Walidah K.
3379 Style Avenue
Laurel, MD 20724


Hendrickson, Mary F.
15771 Beau Ridge Drive
Woodbridge, VA 22193


Hernandez, Sharon A.
6112 Hyacinth Drive
Alexandria, VA 22310


Herndon, Celia A.
9563 Fort Foote Road
Fort Washington, MD 20744


Heslin, James S.
35 E All Saints Street, #112
Frederick, MD 21701


Hicks, Sherry
4009 Cole Boulevard SE
Washington, DC 20032


Himmelberg, Jude V.
15107 Interlachen Drive, #904
Silver Spring, MD 20906


HireRight LLC
P. O. Box 847891
Dallas, TX 75284-7891


Hoberman, Allan I.
12002 Gatewater Drive
Potomac, MD 20854


Holloway, Paul W.
8562 Coltrane Court
Ellicott City, MD 21043

Hopkins, Allison R.
1814 Catherine Fran Drive
Accokeek, MD 20607


Hughes, Dale
11455 St. Martha Dr., Apt. 214
Waldorf, MD 20602


Hursey, Mary E.
7005 Heather Drive
Bryans Road, MD 20616


Hyatt Legal Plans
P. O. Box 78000
Dept. 781523
Detroit, MI 48278-1523


Hyatt, Suzanne B.
1945 Autumn Creek Drive NE
Arab, AL 35016


Infotek Consulting LLC
11654 Plaza America Drive #168
Reston, VA 20190


ITC-DELTACOM/Deltacom 1058
P. O. Box 2252
Birmingham, AL 35246-1058


Jefferson, Avie A.
10745 Alyssa Lane
Waldorf, MD 20603


Jefferson, Mechell D.
4907 A Street SE, #13
Washington, DC 20019


Jenkins, Bertha N.
4419 Sierra Point Drive
Fresno, TX 77545


Jennel Co., LLC
85 Vivante Boulevard, Ste 8546
Punta Gorda, FL 33950

Johnson, Elizabeth H.
101 Choctaw Trail
Madison, AL 35758


Johnson, Miatta A.
10095 Washington Blvd N, #304
Laurel, MD 20723


Jones, Arion J.
1511 Franklin Street NE, #306
Washington, DC 20018


Joseph, Massey A.
P. O. Box 2485
Germantown, MD 20875-2485


Kazem, Hassina
3701 S George Mason Dr, #1602N
Falls Church, VA 22041


Keene, Eric L.
70 I Street SE, #119
Washington, DC 20003


Kelley, Thomas P.
1906 West Tupelo Drive
Huntsville, AL 35803


Kelly, Anderson & Associates
424 North Washington Street
Alexandria, VA 22314


Kelly, Shielyn J.
1909 23rd Street SE, #142B
Washington, DC 20020


Key, Fatima M.
4429 Rena Road, #203
Suitland, MD 20746


Kidd, Kathleen M.
3175 Summit Square Dr, Unit E9
Oakton, VA 22124

Kimbrough, William G.
87 Roseberry Drive
Stockbridge, GA 30281


Kirnon, Karen M.
727 Fallsgrove Drive, Apt 5120
Rockville, MD 20850


Lamb, Jimmy D.
3716 Midlothian Place
Waldorf, MD 20602


Langan, Robert T.
6795 Father John Court
Mc Lean, VA 22101


LeCrone, Melissa A.
2 Kings Mountain Court
Little Rock, AR 72211


Lehrkinder, Leslie A.
2705 Cassia Drive
Edgewater, MD 21037


Leonard, Adria B.
8274 Knighthood Place
White Plains, MD 20695


Letts, Jeffrey
P. O. Box 77062
Trenton, NJ 08628


Lewis, Loretta
308 R Street NW
Washington, DC 20001


Lyden, Alyssa M.
461 N. Thomas Street, #305
Arlington, VA 22203


MailFinance
P. O. Box 45850
San Francisco, CA 94145-0850

MailFinance Inc.
25881 Network Place
Chicago, IL 60673-1258


Mapp, Emma R.
14307 Waynesford Drive
Upper Marlboro, MD 20772


Marshall, Judith Elaine
4301 Massachusetts Avenue NW
Unit 2003
Washington, DC 20016


Martin, Joy P.
7417 Eastwick Lane
Indianapolis, IN 46256


Mass Mutual
Attn: N 405 DCS David Kern
1295 State Street
Springfield, MA 01111-0001


Mattocks, Kashon T.
4709-C Rookewood Place
Waldorf, MD 20602


McCoy, Phyllis A.
1750 Galen Street SE
Washington, DC 20020


McLendon, Ron-Ella D.
4429 Rena Road, #203
Suitland, MD 20746


McLindon, Robert M.
11222 Beach Mill Road
Great Falls, VA 22066


McMillian, Janice M.
10837E Amherst Avenue
Wheaton, MD 20902


McNeill, Amber
1211 Birchwood Drive
Oxon Hill, MD 20745

MCS Partnership
c/o Samples Properties
P. O. Box 264
Huntsville, AL 35801


MCS Partnership
525 Madison Street, Suite 205
Huntsville, AL 35801


Merlock, Daryle J.
6421 Olmi Landrith Drive
Alexandria, VA 22307


Minick, Stephanie L.
3701 Europe Lane
Bowie, MD 20716


Misghinna, Yodit
9945 East Hill Drive
Lorton, VA 22079


Mitchell, Linda
8250 Laurel Heights Loop
Lorton, VA 22079


Monster
P. O. Box 90364
Chicago, IL 60696-0364


Moore, Barbara M.
10884 Vineyard Pass Street
Las Vegas, NV 89141


Mueller, Donna L.
2014 Phillips Mill Road
Forest Hill, MD 21050


Murray, Craig W.
6414 Titania Drive
Indianapolis, IN 46236


NEC Financial Services
24189 Network Place
Chicago, IL 60673-1241

NEC Financial Services
250 Pehle Avenue, Suite 309
Saddle Brook, NJ 07663


Neofunds by Neopost
P. O. Box 30193
Tampa, FL 33630-3193


Neopost Southeast
4913 West Laurel Street
Tampa, FL 33607


Newman, Monica O.
14419 Turin Lane
Centreville, VA 20121


Noll, Rita R.
541 West Penn Street
Carlisle, PA 17013


Norwood, Gloria-Ann
3826 Lacoda Court
Dayton, OH 45424


Owens, Tammie B.
1614 Lake Manor Drive SW
Decatur, AL 35603


Patton, Paul C.
13906 Brantley
San Antonio, TX 78233


Phillips, Nena S.
116 Michigan Avenue NE
Washington, DC 20017


Pittmon, Jimmi L.
11804 Rodeo Drive
Frisco, TX 75035-2275


Pizzi, Andrew
1010 Harrison Circle
Alexandria, VA 22304

Poe, Pamela D.
207 Guardian Drive
Harvest, AL 35749


Polk, Louis W.
1125 Fern Street, NW
Washington, DC 20012


Powell, Jesse G.
16460 Steeplechase Court
Hughesville, MD 20637


Pressman Consulting, LLC
6200 North 28th Street
Arlington, VA 22207


Principal Financial
P. O. Box 10372
Des Moines, IA 50306-0372


Principal Life Insurance Co.
P. O. Box 10372
Des Moines, IA 50306-0372


Proctor, Natalia P.
7303 Purple Avens Avenue
Upper Marlboro, MD 20772


Pyatt, Dorothy H.
11004 Belton Street
Kettering, MD 20774


Reed, Jasmune M.
9410 Concord Drive
Upper Marlboro, MD 20772


Reeves, Julian T.
13130 Drew Hunt Court
Woodbridge, VA 22192-5658


Rice, Eldridge E.
4107 Windmill Circle
Randallstown, MD 21133

Rice, Keisha C.
225 Division Avenue NE
Washington, DC 20019


Roberts, Arlene L.
3426 Bruton Parish Way
Silver Spring, MD 20904


Rogers, Annjuana
614 Balboa Avenue
Capitol Heights, MD 20743


Rollison, Deborah G.
1232 Windmill Lane
Silver Spring, MD 20905-6054


Royal Cup Coffee
P. O. Box 170971
Birmingham, AL 35217


Sallee, Ernest A.
4975 Prather Place
La Plata, MD 20646


Samb, Mame M.
206 East Brunswick Street
Sterling, VA 20164


Sampson, John D.
10387 West Bellewood Place
Littleton, CO 80127


Sanders, Ericka D.
2808 Cherry Blossom Court
Waldorf, MD 20603


Scarborough, Nicole C.
7323 Summiot Rock Road
Elkridge, MD 21075


Screven, Danya C.
7403 Quail Ridge Lane
Bowie, MD 20720

Sexton, Eugenio
2350 Miramonte Circle E #B
Palm Springs, CA 92264


Shred-It
P. O. Box 13574
New York, NY 10087-3574


Silva-Dufur, Sharon P.
6604 Mainsail Court
Burke, VA 22015


Slone, Ashley B.
13386 Trumpet Drive
Madison, AL 35756


Smith, Kristen T.
1343 Queen Street, NE
Washington, DC 20002


Smith, Monique E.
6056 Chicory Place, Suite 100
Alexandria, VA 22310


Snipes, Deborah E.
1200 Durham Drive
Bowie, MD 20721


Speers, RomaJean
P. O. Box 656
Fort Leonard Wood, MO 65473


Stella, Mary A.
6917 Delvale Place
Baltimore, MD 21222


Stone, Amy M.
Thriving Organizations Company
12009 Pebble Broke Court
Woodbridge, VA 22192


Strother, Marcus O.
11904 Calico Woods Place
Waldorf, MD 20601

Sullivan, Alfonso
2530 Naylor Road, #204
Washington, DC 20030


Sutton, Velina S.
5505 Kershaw Street
District Heights, MD 20747


Tartt, Mildred D.
1054 Noble Vines Drive, Apt. 2
Clarkston, GA 30021


Terrell, Alfreda
16804 Sleepy Spring Court
Bowie, MD 20716


The Ultimate Software
1485 North Park Drive
Weston, FL 33326


Thomas, Bruce W.
3010 West Rusholme
Davenport, IA 52804


Thomas, Lucinda
711 Harry S Truman Drive, #207
Largo, MD 20774


Thompson, Courtney L.
109 Ranier Street
Meridianville, AL 35759


tollfreeforwarding.com
9841 Airport Boulevard, 9th Fl
Los Angeles, CA 90045


Tomlin, John C.
P. O. Box 341
Washington Grove, MD 20880


Troy Zander, Esquire
DLA Piper LLP (US)
2000 University Avenue
Palo Alto, CA 94303-2214

Truesdale, Ebony N.
1705 Montana Avenue NE
Washington, DC 20018


Turner, ShaDonna J.
4600 Zion Street
Capitol Heights, MD 20743


Uline
Attention: Accounts Receivable
P. O. Box 88741
Chicago, IL 60680


Verizon Bankruptcy Admin.
500 Technology Drive, Suite 55
Weldon Spring, MO 63304


Verizon Wireless
P. O. Box 660108
Dallas, TX 75266-0108


Vinci, Cheryl
26187 Tuscany Drive
Millsboro, DE 19966


Wade, Bertha L.
216 Sapling Hill Way
Gaithersburg, MD 20877


Walker, Bonita C.
20307 Notting Hill Way
Germantown, MD 20876


Watts, Carolyn E.
1435 Homewood Court
Amelia, OH 45102


Webb, Irma S.
P. O. Box 788
Guntersville, AL 35976


West, Syrena J.
176 Bluegreen Way
Rockwood, TN 37584

Weston, GraTheryn C.
6904 Briarcliff Drive
Clinton, MD 20735


Wiggins, Lakeisha P.
102 Aberdeen Lane
Madison, AL 35758


Wiggins, Lea F.
1711 Benjamin Drive
Murfreesboro, TN 37128


Williams, Alisa R.
11550 Old Georgetown Rd, #532
North Bethesda, MD 20852


Williams, Danielle G.
2915 Woodburn Avenue, Apt U
Cincinnati, OH 45206


Willis, Alana R.
3549 10th Street NW
Washington, DC 20010


Womack, Irma L.
624 Glen Oaks Boulevard
Dallas, TX 75232


Wright, Angela R.
900 G Street NE, Apt. 716
Washington, DC 20002


Wright, Valarie A.
839 Faraway Court
Bowie, MD 20721

# United States Bankruptcy Court
### Eastern District of Virginia

In re __FPMI Solutions, Inc.__

Debtor(s)

Case No.

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __FPMI Solutions, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FPMI Solutions Group, Inc.**
**689 Discovery Dr NW, Suite 300**
**Huntsville, AL 35806**

☐ None [*Check if applicable*]

__June 20, 2016__

Date

**/s/ Paul Sweeney**

**Paul Sweeney 429738**

Signature of Attorney or Litigant

Counsel for __FPMI Solutions, Inc.__

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
**(443) 569-5972 Fax:(410) 571-2798**
**psweeney@yvslaw.com**