IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| FPMI Solutions, Inc. | * | Case No: 16-12142 RGM |
| | | (Chapter 11) |
| | * | |
| Debtor | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER (I) APPROVING
BID PROCEDURES, (II) AUTHORIZING THE DEBTOR TO SELECT
A STALKING HORSE AND APPROVING CERTAIN BID PROTECTIONS
IN CONNECTION THEREWITH, (III) SCHEDULING RELATED
DEADLINES, (IV) APPROVING
MANNER OF NOTICES, AND (V) GRANTING RELATED RELIEF

Upon consideration of the Motion for an Order (I) Approving Bid Procedures, (II) Authorizing the Debtor to Select a Stalking Horse and Approving Certain Bid Protections in Connection Therewith, (III) Scheduling Related Deadlines, (IV) Approving Manner of Notices, And (V) Granting Related Relief (the "Motion") filed by FPMI Solutions, Inc., it is hereby

ORDERED, that the Motion be and is hereby GRANTED.

Date: Aug 19 2016

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Entered on Docket: Aug 22 2016

Paul Sweeney, 33994
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-5972
psweeney@yvslaw.com

Counsel for Debtor

- 2 -

I ask for this:

*/s/ Paul Sweeney*
Paul Sweeney, 33994
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-5972
psweeney@yvslaw.com

Counsel for Debtor


**CONSENTED AND AGREED TO:**

*/s/  C. Kevin Kobbe*
Richard M. Kremen (Pro Hac Vice Pending)
richard.kremen@dlapiper.com
C. Kevin Kobbe (Pro Hac Vice Pending)
kevin.kobbe@dlapiper.com
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209
(410) 580-3000

    and

Jerald R. Hess (Bar No. 78584)
j.hess@dlapiper.com
DLA Piper LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000

*Counsel for Western Alliance Bank*
*Successor-in-interest to Bridge Bank, NA*


**SEEN AND NO OBJECTION:**

*/s/ Joseph A. Guzinski*
Joseph A. Guzinski
joseph.a.guzinski@usdoj.gov
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, Virginia 22314
(703) 557-7274

## Local Rule 9022-1 Certification

I HEREBY CERTIFY, pursuant to local rule 9022-1, that the proposed consent order has been endorsed by all necessary parties.

*/s/ Paul Sweeney*
Paul Sweeney

**PARTIES TO RECEIVE COPIES:**

Paul Sweeney, Esquire
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

Attached Service List

Aronson LLC
805 King Farm Boulevard
Rockville, MD 20850

Blue Cross Blue Shield
450 Riverchase Parkway East
Birmingham, AL 35298

Bosserman Ctr Conflict Resolution
1100 Camden Avenue
Salisbury, MD 21801

Canal Center TT LLC
P. O. Box 785801
Philadelphia, PA 19178

CIGNA Life Insurance Company
P. O. Box 8500 K 110
Philadelphia, PA 19178-0110

Deltek Systems, Inc.
P. O. Box 79581
Baltimore, MD 21279-0581

Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361

Department of Justice
Executive Office for US Trustees
441 G Street NW, Suite 6150
Washington, DC 20548

Federal Hill Renewal LLC
P. O. Box 23
New Market, MD 21774

GSA Modifications LLC
4646 Roundhill Road
Ellicott City, MD 21043

ITC-DELTACOM/Deltacom 1058
P. O. Box 2252
Birmingham, AL 35246-1058

Kelly, Anderson & Associates
424 North Washington Street
Alexandria, VA 22314

Mass Mutual
Attn: N 405 DCS David Kern
1295 State Street
Springfield, MA 01111-0001

Robert K. Coulter, Asst. U.S. Attorney
Office of the U.S. Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia  22314

MCS Partnership
c/o Samples Properties
P. O. Box 264
Huntsville, AL 35801

NEC Financial Services
24189 Network Place
Chicago, IL 60673-1241

Jimmi L. Pittmon
11804 Rodeo Drive
Frisco, TX 75035-2275

Monique E. Smith
6056 Chicory Place, Suite 100
Alexandria, VA 22310

Cheryl Vinci
26187 Tuscany Drive
Millsboro, DE 19966

Syrena J. West
176 Bluegreen Way
Rockwood, TN 37584

The following parties received a copy of this filing by email:

David Schwinger, Esq.
The Law Offices of
David Schwinger PLLC
2519 P Street, NW
Washington, DC 20007
dschwinger@schwingerlaw.com

C. Kevin Kobbe
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
Kevin.kobbe@dlapiper.com

Robert M. McLindon
11222 Beach Mill Road
Great Falls, VA 22066
mmclindon@fpmi.com

The following parties received electronic notice of the filing:

Joseph A. Guzinski, Esquire
Jack Frankel, Esquire
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, Virginia  22314

Jerald R. Hess, Esquire
Counsel for Western Alliance Bank
DLA Piper LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004

Jennifer Maria Kappel, Esquire
Counsel for Bridge Bank
DLA Piper, LLP
11911 Freedom Drive, Suite 300
Reston, Virginia  20190

Christopher Barrett Bowman
Bregman, Berbert, Schwartz,
  Gilday LLC
7315 Wisconsin Ave. Ste 800W
Bethesda, MD 20814

Paul Sweeney, Esquire
Counsel for Debtor
Yumkas, Vidmar, Sweeney & Mulrenin
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

Judy A. Robbins
Office of the U.S. Trustee - Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

4849-3981-5697, v. 2