IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGINIA
Alexandria Division

In re:                                              *

FPMI Solutions, Inc.                                *          Case No: 16-12142 REM
                                                               (Chapter 11)
                                                    *

        Debtor                                      *

                                                    *

        *       *       *       *       *       *       *       *       *       *       *       *

ORDER APPROVING SALE BY PUBLIC AUCTION
OF EXCESS FURNITURE AND EQUIPMENT

        Upon consideration of the Debtor's request to sell excess furniture and equipment at

public auction, good cause appearing, and no objections having been filed, it is hereby

        ORDERED, that the Debtor's request be and is hereby GRANTED; and it is further

        ORDERED, that the proposed sale by public auction be and is hereby APPROVED.


                                                    /s/ Brian F. Kenney

Date: August __, 2016                               _____
                                                    Brian F. Kenney
Aug 31 2016                                          United States Bankruptcy Judge


                                                    Entered on Docket: Aug 31 2016
                                                                        _____

I ask for this:


/s/ Paul Sweeney
Paul Sweeney, 33994
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-5972
psweeney@yvslaw.com

Counsel for Debtor